## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DECKERS OUTDOOR CORPORATION, | ) | |
| | ) | Case No. 13-cv-7621 |
| Plaintiff, | ) | |
| | ) | **Judge Edmond E. Chang** |
| v. | ) | |
| | ) | **Magistrate Judge Susan E. Cox** |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

In light of the end of the case, the ten thousand dollar ($10,000) cash bond posted by Deckers Outdoor Corporation ("Deckers"), including any interest minus the registry fee, is hereby released to Deckers or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Deckers or its counsel by check made out to the Greer, Burns & Crain IOLTA account.

DATED: April 24, 2015

_____

U.S. District Court Judge Edmond E. Chang

1